1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL VIGIL,

11              Plaintiff,              No. CIV S-08-0754 JAM KJM PS

12        vs.

13   AUTOZONE, INC.,

14              Defendant.              ORDER

15   _____/

16              Plaintiff, proceeding pro se, filed the above-entitled actions.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18              On September 9, 2008, the magistrate judge filed findings and recommendations

19   herein which were served on plaintiff and which contained notice to plaintiff that any objections

20   to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

21   objections to the findings and recommendations.

22              The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25   /////

26   /////

1

1.   The findings and recommendations filed September 9, 2008, are adopted in full; and

2.   This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED:   12/19/2008

/s/ John A. Mendez
_____
UNITED STATES DISTRICT JUDGE

vigil754.800